UNITED STATES of America, Plaintiff–Appellee,

v.

Charles Earl KELLY, also known as Charles Kelly, Defendant–Appellant.

No. 02–51004.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Court-appointed counsel for Charles Earl Kelly has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Kelly has not responded to the motion. Our independent review of counsel's brief and the record discloses no non-frivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's motion, incorporated in his brief, to allow Kelly permission to proceed *pro se* is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*ANDERS* MOTION GRANTED; APPEAL DISMISSED; MOTION FOR PERMISSION FOR APPELLANT TO PROCEED *PRO SE* DENIED.